UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, | CASE NO. C19-0396-JCC |
| Plaintiff, | ORDER |
| v. | |
| DAN SATTERBERG et al., | |
| Defendants. | |

The Court has reviewed Plaintiff's petition (Dkt. No. 1-1); the report and recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge (Dkt. No. 3); and the relevant record. Plaintiff has not filed timely objections. Accordingly, the Court ORDERS:

1. The report and recommendation (Dkt. No. 3) is ADOPTED;

2. The Clerk is DIRECTED to close this matter. *See Demos v. Stanley*, MC97-31-JLW, Dkt. No. 1 (W.D. Wash. 1997); and

3. The Clerk is DIRECTED to send copies of this order to Plaintiff and Judge Theiler.

//

//

//

1     DATED this 10th day of September 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE